UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | Brian R. East | ) Case No. 13-17904 |
| | | ) Chapter 13 Proceedings |
| | Debtor | ) Judge Jessica E. Price Smith |

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

LAUREN A. HELBLING, Chapter 13 Trustee files notice that the amount required to cure the default in the below described claim has been paid in full.

| Claim Information |
|---|
| Creditor: <u>MBK Investments, L.L.C.</u> |
| Proof of Claim number on Bankruptcy Court's registry: <u>5</u> |
| Last 4 digits of number used to identify Debtor's account: <u>3631</u> |
| **Trustee Payment Information** |
| <u>Prepetition Mortgage Arrearage</u> |
|     Amount Stated in Proof of Claim: <u>$33,237.98</u> |
|     Amount Paid by Trustee: <u>$33,237.98</u> |
| <u>Ongoing Mortgage Payments</u> |
|   <u>X</u> Paid by the Trustee through the bankruptcy plan |
|     i. Total paid to date by the Trustee: <u>$52,029.00</u> |
|     ii. A mortgage payment was mailed by the Trustee on <u>February 8, 2018</u> in the amount of <u>$1,734.30</u> for the payment due <u>December 1, 2018 and January 1, 2019</u> |
|     iii. A closing letter will be sent to all parties indicating when the debtor(s) should begin making their mortgage payments directly to the mortgage company. |
|   ___ Paid direct by the Debtor |

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13trustee@ch13cleve.com

**CERTIFICATE OF SERVICE**

I certify that on February 15, 2019, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Melissa L. Resar, Esq., on behalf of Brian R. East, Debtor, at mresar@ohiolegalclinic.com

And by regular U.S. mail, postage prepaid, on:

    Brian R. East, Debtor, 16220 Kollin Avenue, Cleveland, Oh 44128

    MBK Investments, L.L.C., P.O. Box 27370, Anaheim Hills, CA 92809-0112

    Keith D. Weiner & Associates, Co., L.P.A., 75 Public Square, 4th Floor, Cleveland, OH 44113

    /S/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13trustee@ch13cleve.com